IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 16  PM 4:49
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

MARY SMITH,

    Plaintiff,

v.                                       Case No. 2:05-CV-2785

BLUFF CITY NISSAN, INC.,

    Defendant.

## ORDER OF DISMISSAL

It appearing to the Court as evidenced by the signature of the Plaintiff's Counsel below, the Plaintiff desires to dismiss this action.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that this cause is hereby dismissed.

_[signature]_

JUDGE
DATED: November 15, 2005

APPROVED AND ACCEPTED BY:

_[signature]_
Suzanne Keys
Attorney for Plaintiff
P.O. Box 19
Jackson, MS 39205

_[signature]_
James Stephen King [13575]
Attorney for Defendant
1661 International Place Dr., #300
Memphis, TN 38120
901-767-1234

\\2003srv\wpdata\JSK\BLUFF CITY\Smith.Mary\Order of Dismissal.11-1-05.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-17-05

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:05-CV-02785 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Ken R. Adcock
ADCOCK & MORRISON, PLLC
P.O. Box 3308
199 Charmont, Dr
Suite 1
Ridgeland, MS 39158

Hiawatha Northington
Northington Chambers & Gaylor, PLLC
P.O. Box 1003
Jackson, MS 39215

Mark David Morrison
ADCOCK AND MORRISON, PLLC
P.O. Box 3308
199 Charmont Dr.
Suite 1
Ridgeland, MS 39158

Precious Tyrone Martin
BYRD, GIBBS & MARTIN, PLLC
P.O. Box 19
Jackson, TN 39205

Suzanne Griggins Keys
BYRD, GIBBS & MARTIN, PLLC
P.O. Box 19
Jackson, TN 39205

Katrina M. Gibbs
BYRD, GIBBS & MARTIN, PLLC
P.O. Box 19
Jackson, MS 39205

Honorable Samuel Mays
US DISTRICT COURT