UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ J6 ____ D.C.

05 NOV 21  AM 6: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARY SMITH,

    Plaintiff,

v.                                        Cv. No. 05-2785-Ma

BLUFF CITY NISSAN, INC.,

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed November 17, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

November 18, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

Earline Grayer
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-21-05

(58)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:05-CV-02785 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Katrina M. Gibbs
BYRD, GIBBS & MARTIN, PLLC
P.O. Box 19
Jackson, MS 39205

Ken R. Adcock
ADCOCK & MORRISON, PLLC
P.O. Box 3308
199 Charmont, Dr
Suite 1
Ridgeland, MS 39158

Hiawatha Northington
Northington Chambers & Gaylor, PLLC
P.O. Box 1003
Jackson, MS 39215

Precious Tyrone Martin
BYRD, GIBBS & MARTIN, PLLC
P.O. Box 19
Jackson, TN 39205

Suzanne Griggins Keys
BYRD, GIBBS & MARTIN, PLLC
P.O. Box 19
Jackson, TN 39205

Mark David Morrison
ADCOCK AND MORRISON, PLLC
P.O. Box 3308
199 Charmont Dr.
Suite 1
Ridgeland, MS 39158

Honorable Samuel Mays
US DISTRICT COURT